146 A.3d 469

**GOLDBERG, et al.**

v.

**STATE of Maryland**

**No. 252, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Reported below: 228 Md.App. 239, 137 A.3d 377.

Petition for writ of certiorari denied.

■

146 A.3d 469

**GRIFFIN, McKinley**

v.

**STATE of Maryland**

**No. 272, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 640, Sept. Term, 2012).

Petition for writ of certiorari denied.